IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00437-WYD-MJW

CURTIS YOUNG,

      Plaintiff,

v.

ALBERTO GONZALES, Attorney General of The United States;
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security ("DHS");
EMILIO T. GONZALEZ, Director for United States Citizenship and Immigration Services ("CIS");
MARIO ORTIZ, District Director for the Denver CIS District,

      Defendant.

---

## ORDER

---

      Having reviewed the Joint Motion to Dismiss with Prejudice filed by all the

parties and being fully advised of its premises, it is hereby

      ORDERED that the Motion to Dismiss with Prejudice is **GRANTED**.  It is

      FURTHER ORDERED that pursuant to FED. R. CIV. P. 41(a), the above-

captioned action shall be **DISMISSED WITH PREJUDICE**, each party to pay his own

fees and costs.

      Dated:  June 8, 2006

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge