IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00437-WYD-MJW

CURTIS L. YOUNG,

                Plaintiff,

v.

ALBERTO GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary for the Department of Homeland Security,
EMILIO T. GONZALES, Director of the U.S. Citizenship and Immigration Services ("CIS")
MARIO ORTIZ, District Director for the Denver CIS District,

                Defendants.

---

**ORDER RE: JOINT MOTION TO VACATE THE
SETTLEMENT CONFERENCE SET FOR JUNE 14, 2006**
( Docket No. 6 )

The Court, having considered the Parties' Joint Motion to Vacate the Settlement Conference Set for June 14, 2006, and finding good cause therefore, hereby orders that the motion be granted. The June 14, 2006 Settlement Conference is hereby vacated. The Parties need not submit Confidential Settlement Statements as the Court previously ordered.

*[signature]* 6-8-06

United States District Court